# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| JEAN PIERRE HARPER, | ) |
| Movant, | ) |
| vs. | ) CIVIL ACTION NO. 05-IPJ-RRA-8013-NE |
| | ) CR NO. 02-IPJ-RRA-0400-NE |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, to which no objections were filed, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved.  The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court.  In accord with the recommendation, the respondent's motion to dismiss is due to be granted, and the motion to vacate is due to be denied.  An appropriate order will be entered.

DONE this 20th day of May, 2005.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE